RUTH SAWYER, Also Known as RUTH SULLIVAN, et al., Appellants, v. HERMAN FISHLIN, Defendant, and MARY A. RIDLEY, Respondent.—

No opinion. Concur — Stevens, P. J., Eager, Markewich, Nunez and McNally, JJ.